## Commonwealth *v.* Brown, Appellant.

Submitted September 9, 1968. *Marvin I. Block,* for appellant; *Samuel T. Swansen* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Curran, Appellant.

Argued September 10, 1968. *L. Francis Murphy,* for appellant; *Richard A. Devlin,* Assistant District Attorney, with him *Henry T. Crocker,* Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HANNUM, J., would grant a new trial.

SPAULDING, J., absent.